UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No. 06-0265M-01 (CR) |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 656 |
| **VICTORIA THOMAS,** | : | (Bank Embezzlement) |
| **Defendant.** | : | |

## SUPERSEDING I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

I.   Introduction

At all times material to this Information:

1. Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. Defendant VICTORIA THOMAS was employed as a teller during November 2005 at Wachovia Bank, located at 4812 Massachusetts Ave., N.W., Washington, D.C.

Embezzlement Scheme

3. On or about November 30, 2005, in the District of Columbia, defendant THOMAS embezzled money from Wachovia Bank by taking this amount in cash from the bank's vault, storing it temporarily in her teller drawer at the bank, and taking most of the money out of the bank for her own benefit and use and using the remainder of it to cover what she believed to be an imbalance in her teller cash drawer.

4. On or about November 30, 2005, within the District of Columbia, defendant VICTORIA THOMAS, being an employee of Wachovia Bank, with the intent to injure and defraud Wachovia

Bank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract and purloin monies and funds belonging to Wachovia Bank and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of 18 U.S.C. § 656).**

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451-058

By: _____
ALEXANDER P. SHAWE
Assistant United States Attorney
United States Attorneys Office
D.C. Bar No. 472-492
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9519