UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
v.                             :  Criminal No. 06-265m
                               :
VICTORIA THOMAS,               :
                               :
            Defendant.         :

FILED
JUN 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Victoria Thomas agrees and stipulates as follows:

During November 2005, Victoria Thomas worked as a teller at Wachovia Bank, located at 4812 Massachusetts Ave. in Northwest, Washington, D.C. Wachovia Bank is a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

On about November 30, 2005, in the District of Columbia, Ms. Thomas embezzled $4,000 from Wachovia Bank. Ms. Thomas took this amount in cash from the vault at the bank after entering the vault to retrieve her cashbox. Thereafter, she removed most of the $4,000 from the bank, carrying it out of the bank for personal use. She placed a small portion of the $4,000 in her teller drawer to cover what she believed to have been a cash shortage. Ms. Thomas used all of the $4,000 that she embezzled from the bank for her own benefit.

On December 13, 2005, Wachovia Bank security investigators interviewed Ms. Thomas. During this interview, Ms. Thomas confessed orally and in writing to the embezzlement, and agreed to make restitution payments. On April 26, 2006, Special Agents with the FBI also interviewed Ms. Thomas. Again, Ms. Thomas confessed to the embezzlement and provided law

enforcement with a written admission of guilt.

In all, through this embezzlement scheme and taking into consideration Ms. Thomas's restitution efforts, Wachovia Bank has lost $2,855.51.

                                             Respectfully submitted,

                                             KENNETH L. WAINSTEIN
                                             United States Attorney
                                             for the District of Columbia

By:      /s/               
                                             ALEXANDER P. SHAWE
                                             Assistant U.S. Attorney
                                             555 4th Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 6·14·2006     _____
                    Victoria Thomas
                    Defendant


I have discussed this Statement of Offense with my client, Ms. Thomas. I concur with her decision to stipulate to this Statement of Offense.

Date: 6/14/06      _____
                   Rita Bosworth, Esq.
                   Counsel for the Defendant