UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
        v.                     :     Criminal No. 06-0265M
                               :
VICTORIA THOMAS,               :     **FILED**
                               :
        Defendant.             :     JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BOOKING ORDER**

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 15th day of June **ORDERED**:

3. That if the defendant is released on bond that he or she be accompanied prior to September 13, 2006 to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to the Federal Bureau of Investigation, Washington Field Office for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Special Agent, Steven Binney, of the Federal Bureau of Investigation for the "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
United States Magistrate Judge